OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

PRESORTED FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES

02 1R
0002003152    JUN 02 2015
MAILED FROM ZIP CODE 78701

$ 00.27⁵

5/21/2015

QUINTANA, MANUEL    Tr. Ct. No. 980D03514-384-01                WR-83,346-01
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

MANUEL QUINTANA

El Paso Co. Jail
P.O.Box 125
El Paso, TX 79941